UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WHC, LLC | CIVIL ACTION NO. 6:20-cv-01651 |
| VERSUS | JUDGE SUMMERHAYS |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ET AL. | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to remand (Rec. Doc. 8) is GRANTED, and this matter is REMANDED to the 15th Judicial District Court, Lafayette Parish, Louisiana because this court lacks subject-matter jurisdiction, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 17th day of March, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE